DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Phone)
(702) 388-6418 (Fax)
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00145-KJD-RJJ |
| PLAINTIFF, | ) ) | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT |
| vs. | ) ) | TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| BEXY MORA, | ) ) | |
| DEFENDANT. | ) ) | |

## ORDER DISMISSING CRIMINAL INDICTMENT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Criminal Indictment filed herein under case number 2:11-cr-00145-KJD-RJJ is **DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

DATED this ___13___ day of ___May___, 2011.

_____
UNITED STATES DISTRICT JUDGE